
FILED
SEP 04 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL E. BERHE,

        Plaintiff,

v.                                 Civil Action No. 19-2552 (UNA)

JOHNSON XASHEA,

        Defendant.

## MEMORANDUM OPINION

The Court notes that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). However, even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This plaintiff's complaint alleges no facts at all, and merely demands that the "case . . . be resolved as soon as possible." Compl. at 1. As drafted, the complaint fails to meet the standard

set forth in Rule 8(a), and therefore, it must be dismissed. The Court will grant the plaintiff leave to proceed *in forma pauperis* and dismiss his complaint without prejudice.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: Sept. 3rd, 2019

_____
United States District Judge